IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:22-MJ-1014



IN THE MATTER OF THE SEARCH OF  )
410 CARTER THIGPEN ROAD, MOUNT  )
OLIVE, NORTH CAROLINA. 28365    )
                                )

## MOTION TO UNSEAL

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves this Honorable Court to unseal the above-captioned case and all documents within it. At this time, the underlying investigation has become known to the public through publicly-available criminal charges, the defendant arrested, and the need for sealing has passed.

WHEREFORE, the Government moves for an Order unsealing 7:22-MJ-1014 and the documents within.

Respectfully submitted, this 31st day of January, 2022.

MICHAEL F. EASLEY, JR.
United States Attorney

BY: _Barbara D. Kocher_
BARBARA D. KOCHER
Assistant United States Attorney
150 Fayetteville St., Suite 2100
Raleigh, North Carolina 27601
Telephone: 919-856-4530
Email: barb.kocher@usdoj.gov
N.C. State Bar No. 16360

1