IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:22-MJ-1014



FILED
JAN 3 1 2022

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | ) |
| 410 CARTER THIGPEN ROAD, MOUNT | ) |
| OLIVE, NORTH CAROLINA. 28365 | ) |
| | ) |

## ORDER TO UNSEAL

Upon motion of the United States, it is hereby ORDERED that this case and all documents pertaining to it be unsealed.

This the 31st day of January, 2022.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

1